# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 3:08-CR-343** |
| : | |
| v. : | (Chief Judge Conner) |
| : | |
| **CALEB SOTOMAYER-TEIJEIRO,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 6th day of March, 2018, upon consideration of defendant's motion (Doc. 338) for transfer of supervised release jurisdiction, and the court observing that the government does not oppose the motion, (Doc. 340 ¶ 10), and the court having been informed that defendant's supervised release jurisdiction was transferred to the Probation Office in Miami, Florida, it is hereby ORDERED that the motion (Doc. 338) for transfer of supervised release jurisdiction is DENIED as moot.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania